IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN FARRAR,<br><br>Defendant. | 4:15CB3001<br><br>VIOLATION NOTICE: W0978040<br><br>ORDER |

Upon motion of the government, this matter shall be continued to May 7, 2015 at 8:30 a.m.

IT IS SO ORDERED this 2nd day of April, 2015.

s/ Cheryl R. Zwart
United States Magistrate Judge